Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Aluminum Finishing Corporation**

Case No. 02 11630

Debtor

Chapter

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in acc with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons w within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collatera that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|
| A F DEVELOPMENT CO. CARYLON JONES 50 S. MERIDIAN ST. INDIANAPOLIS, IN 46204 | | | |
| A F DEVELOPMENT CO. CARYLON JONES 50 S. MERIDIAN ST. INDIANAPOLIS, IN 46204 | | | |
| AF EQUIPMENT INVESTMENT CO. 50 S. MERIDIAN ST. SUITE 202 INDIANAPOLIS, IN 46204 | | | |
| AKZO NOBEL LEANN CRAYCRAFT-PHONE 2, EXT. 1850 P.O. BOX 751809 CHARLOTTE, NC 28275 | | | |
| ANCEL & DUNLAP SUITE 1770 MARKET SQUARE CENTER 151 N. DELAWARE ST. INDIANAPOLIS, IN 46204-2500 | | | |

DOCUMENT NO.

In re    **Aluminum Finishing Corporation**                                    Case No. _____

                                                              Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|
| ASTBURY ENVIRONMENTAL ENGINEERING, INC. 5933 WEST 71ST STREET INDIANAPOLIS, IN 46278 | | | |
| C-Bar and Assoc., LLC 9850 E. 30th St Indianapolis, IN 46229 | | | |
| CITIZENS GAS & COKE ACCT. #461545-373326 P.O. BOX 7055 INDIANAPOLIS, IN 46207-7055 | | | |
| CLARIANT CORP. 3597 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | | | |
| COHEN & COMPANY P.O. BOX 75035 CLEVELAND, OH 44101-2199 | | | |
| HAVILAND JAN 800-627-2111 TO CHECK ON ORDER 421 ANN ST., N.W. GRAND RAPIDS, MI 49504-2075 | | | |

In re    **Aluminum Finishing Corporation**
_____    Case No. _____
                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | |
|---|---|---|---|---|
| HUBBARD-HALL, INC.<br>P.O. BOX 5693<br>HARTFORD, CT 06102-5693 | | | | |
| IN STAFF PERSONNEL<br>ROBIN  A/R-800-305-9333<br>P.O. DRAWER 3018<br>CORSICANA, TX 75151-3018 | | | | |
| INDIANAPOLIS DEPT. OF PUBLIC WORKS<br>ACCT #0307-45-55-0021-0<br>P.O. BOX 1990<br>INDIANAPOLIS, IN 46206 | | | | |
| INDIANAPOLIS POWER & LIGHT<br>MIKE KUEHN-PHONE 2-IF<br>895-2706 GOES BAD<br>ELAINE LAMBERT-ROOM 943<br>INDIANAPOLIS, IN 46206-1595 | | | Unliquidated | |
| Marion County Treasurer<br>200 E. Washington St., Ste. 1001<br>Indianapolis, IN 46204 | | | | |
| PACIFIC ENVIRONMENTAL SERVICES, INC.<br>KIM<br>P.O. BOX 2155<br>ENGLEWOOD, CO 80150 | | | | |

In re    **Aluminum Finishing Corporation**                              Case No. _____

                                        Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|
| TURNER & ASSOCIATES, INC. 614-847-4325  PHONE 2 IS CELL PHONE 20426 ABIGAIL LANE STRONGSVILLE, OH 44149 | | | |
| UNITED CONSTRUCTION ENT. CO. 1445 BROOKVILLE WAY SUITE G INDIANAPOLIS, IN 46219 | | | |
| WILSON INDUSTRIAL SALES CO., INC. P.O. BOX 66968 INDIANAPOLIS, IN 46266-6968 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PA...

I, the acting President of the corporation named as the debtor in this case, declare under penalty of perjury that I foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of m and belief.

Date___**September 10, 2002**_____          Signature_____

                                                                **Ronald Cunninghman**
                                                                **acting President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 yea...
18 U.S.C §§  152 and 3571.

## United States Bankruptcy Court
### Southern District of Indiana

In re   **Aluminum Finishing Corporation**

Debtor

Case No. _____

Chapter _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals fr
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of th
Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | |
|---|---|---|---|---|
| | | | ASSETS | LIABILITIES |
| A - Real Property | Yes | 1 | 0.00 | |
| B - Personal Property | Yes | 3 | 1,238,132.00 | |
| C - Property Claimed as Exempt | No | 0 | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 951,523.00 |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 10,000.00 |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 1,266,948.70 |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | |
| H - Codebtors | Yes | 1 | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | |
| Total Number of Sheets of ALL Schedules | | 29 | | |
| | Total Assets | | 1,238,132.00 | |
| | | Total Liabilities | | 2,228,471.70 |

In re    **Aluminum Finishing Corporation**                                          Case No. _____

                                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and po
the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J,"
labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and L
     Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Cont
Leases.
     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Sche
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."
     If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in So
Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| **None** | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| Total > | **0.00** |

___**0**___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Aluminum Finishing Corporation**

Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of t an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petitio amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Locatio

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current M Debtor's Int without I Secured Cla |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | NCB operating account 501984719 | - | |
| | | NCB payroll account 501984722 | - | |
| | | NCB tax deposit account 501984751 | - | |
| | | NCB UPS EFT account 501984861 | - | |
| | | NCB lockbox account 501984946 | - | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Ryder lease deposit | - | |
| | | Indpls Water Co deposit | - | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >       35,0
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case

In re    **Aluminum Finishing Corporation**                                           Case No. _____

                                                    Debtor ,

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of t
an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate shee
with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the
an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petiti
amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Locatio

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current I Debtor's In without Secured Cl |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | NCB operating account 501984719<br><br>NCB payroll account 501984722<br><br>NCB tax deposit account 501984751<br><br>NCB UPS EFT account 501984861<br><br>NCB lockbox account 501984946 | - <br><br> - <br><br> - <br><br> - <br><br> - | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Ryder lease deposit<br><br>Indpls Water Co deposit | - <br><br> - | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    3
(Total of this page)

**2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best C

In re   **Aluminum Finishing Corporation**                                      Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Debtor's I without Secured C |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **per aging at book value** | | - |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        9
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Aluminum Finishing Corporation**

Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Debtor's Ir without Secured C |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Blazer and 2002 Silverado leased from GMAC | - | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | various office furnishings, obsolete computers and related items | - | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | operating equipment used in ordinary perfomance of business at estimated liquidation value | - | |
| 28. Inventory. | | per physical inventory on 7/31/02 | - | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 282 |
| Total > | 1,238 |

(Report also on Summary

Best C

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re     **Aluminum Finishing Corporation**

Case No. _____

_____,
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory lien of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit o continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," i the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, b marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, b

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in t "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more thar columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Repo the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No. **u** <br><br> **A F DEVELOPMENT CO.** <br> **CARYLON JONES** <br> **50 S. MERIDIAN ST.** <br> **INDIANAPOLIS, IN 46204** | | - | 1997 <br><br> **Non-Purchase Money Security** <br><br> **operating equipment** <br><br> Value $      **128,000.00** | | | | <br><br><br><br> **230,000.00** |
| Account No. **u** <br><br> **Fleet Capital Corp** <br> **4Penn Center** <br> **1600 JFK Blvd.** <br> **Allentown, PA 18103** | | - | 1997 <br><br> **Non-Purchase Money Security** <br><br> **accounts receivable** <br><br> Value $      **920,702.00** | | | | <br><br><br><br> **721,523.00** |
| Account No. **na** <br><br> **Unsecured Creditors of AFC** <br> **342 Massachusettes Ave.** <br> **Indianapolis, IN 46204** | | - | 1997 <br><br> **Non-Purchase Money Security** <br><br> **all assets subordinate to Fleet and AF Deveopment** <br><br> Value $      **0.00** | | | | <br><br><br><br> **Unknown** |
| Account No. | | | <br><br><br><br><br> Value $ | | | | |

___0___  continuation sheets attached

| | |
|---|---|
| Subtotal <br> (Total of this page) | **951,523.00** |
| Total <br> (Report on Summary of Schedules) | **951,523.00** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Bes

In re    __Aluminum Finishing Corporation_____                                    Case No. _____

                                                                    Debtor ,

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIM

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the n address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," i on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wi or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more t three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed c E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached she

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but befor the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owir independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original p cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or h that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. §

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board o of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C.

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the dat adjustment.

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Ca

In re   **Aluminum Finishing Corporation**

_____,   Case No. _____

                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIM
## (Continuation Sheet)

**Taxes and Certain Other D**
**Owed to Governmental U**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **u**<br><br>Internal Revenue Service<br>Cincinnati, OH 45999-0030 | - | | **1997**<br><br>plan treatment of employment tax liability from previous Chapter 11 case | | | | Unknown |
| Account No.<br><br>Marion County Treasurer<br>200 E. Washington St., Ste. 1001<br>Indianapolis, IN 46204 | - | | **u**<br><br>personal property tax | | | | 10,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | |
|---|---|
| Subtotal<br>(Total of this page) | 10,000.00 |
| Total<br>(Report on Summary of Schedules) | 10,000.00 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Bes

In re    **Aluminum Finishing Corporation**        Case No. _____

                             Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," i the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, t marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, o

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report th Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM( |
|---|---|---|---|---|---|---|---|
| Account No. u<br><br>**A F DEVELOPMENT CO.**<br>**CARYLON JONES**<br>**50 S. MERIDIAN ST.**<br>**INDIANAPOLIS, IN 46204** | | - | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**ADVANTAGE GRAPHICS, LLC**<br>**701 S. GIRLS SCHOOL ROAD STE. G**<br>**INDIANAPOLIS, IN 46231** | | - | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**AF EQUIPMENT INVESTMENT CO.**<br>**50 S. MERIDIAN ST.**<br>**SUITE 202**<br>**INDIANAPOLIS, IN 46204** | | - | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**AKZO NOBEL**<br>**LEANN CRAYCRAFT-PHONE 2, EXT.**<br>**1850**<br>**P.O. BOX 751809**<br>**CHARLOTTE, NC 28275** | | - | u<br>**Trade debt** | | | | |

  **19**  continuation sheets attached                    Subtotal
                                                     (Total of this page)

In re   **Aluminum Finishing Corporation**

Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM |
|---|---|---|---|---|---|---|---|
| Account No. u<br><br>**ALLIED EQUIPMENT**<br>**P.O. BOX 2489**<br>**INDIANAPOLIS, IN 46206** | - | | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**AMERICAN FREIGHTWAYS**<br>**P.O. BOX 910150**<br>**DALLAS, TX 75391-0150** | - | | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**AMERIGAS**<br>**14255 SR 32E**<br>**NOBLESVILLE, IN 46060** | - | | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**AMERITECH**<br>**Phone 2**<br>**P.O. BOX 4520**<br>**CAROL STREAM, IL 60197-4520** | - | | u<br>**services on account** | | | | |
| Account No. u<br><br>**ANCEL & DUNLAP**<br>**SUITE 1770 MARKET SQUARE**<br>**CENTER**<br>**151 N. DELAWARE ST.**<br>**INDIANAPOLIS, IN 46204-2500** | - | | u<br>**professional services** | | | | |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Aluminum Finishing Corporation**                                    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  u<br><br>**AQUA PERFECT**<br>**P.O. BOX 8500-6720**<br>**PHILADELPHIA, PA 19178-6720** | | - | | | u<br>Trade debt | | | | |
| Account No.  u<br><br>**ARAMARK UNIFORM SERVICES**<br>**P.O. BOX 329**<br>**EVANSVILLE, IN 47702-0329** | | - | | | u<br>Trade debt | | | | |
| Account No.  u<br><br>**ARCHITECTURAL ALUMINUM**<br>**PRODUCTS CO., INC**<br>**1290 AVIATION BOULEVARD SUITE 200**<br>**P.O. BOX 630**<br>**HEBRON, KY 41048** | | - | | | u<br>Trade debt | | | | |
| Account No.  u<br><br>**ARNOLD BUILDING MAINTENANCE CO.**<br>**1612 WEST 54TH ST.**<br>**INDIANAPOLIS, IN 46228-2206** | | - | | | u<br>Trade debt | | | | |
| Account No.  u<br><br>**ASTBURY ENVIRONMENTAL ENGINEERING, INC.**<br>**5933 WEST 71ST STREET**<br>**INDIANAPOLIS, IN 46278** | | - | | | u<br>Trade debt | | | | |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    __Aluminum Finishing Corporation_____,    Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM |
|---|---|---|---|---|---|---|---|
| Account No. u | | | u | | | | |
| ASTBURY WATER TECHNOLOGY, INC. 5933 W. 71ST ST. INDIANAPOLIS, IN 46278 | | - | Trade debt | | | | |
| Account No. u | | | u | | | | |
| BULK CHEMICALS P.O. BOX 13700-1085 PHILADELPHIA, PA 19191-1085 | | - | Trade debt | | | | |
| Account No. u | | | u | | | | |
| BUSINESS & LEGAL REPORTS, INC. 141 MILL ROCK ROAD EAST OLD SAYBROOK, CT 06475 | | - | Trade debt | | | | |
| Account No. u | | | u | | | | |
| BUSINESS MACHINE SERVICE & SALES, INC. 3740 DeCAMP DR. INDIANAPOLIS, IN 46226 | | - | Trade debt | | | | |
| Account No. u | | | u | | | | |
| C-Bar and Assoc., LLC 9850 E. 30th St Indianapolis, IN 46229 | | - | post confirmation operating loans | | | | |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Best C

In re   __Aluminum Finishing Corporation_____,    Case No. _____

                                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. u | | | | u | | | | |
| C.H. ROBINSON COMPANY SDS 12-0805 P.O. BOX 86 MINNEAPOLIS, MN 55486-0805 | | - | | Trade debt | | | | |
| Account No. u | | | | u | | | | |
| CENTURY SAFETY JOE DIAZ 2501 E. 28TH ST. SIGNAL HILL, CA 90806 | | - | | Trade debt | | | | |
| Account No. u | | | | u | | | | |
| CHASE MECH. AIR, INC. 2101 E. NATIONAL AVENUE INDIANAPOLIS, IN 46227 | | - | | Trade debt | | | | |
| Account No. u | | | | u | | | | |
| CITIZENS GAS & COKE ACCT. #461545-373326 P.O. BOX 7055 INDIANAPOLIS, IN 46207-7055 | | - | | Trade debt | | | | |
| Account No. u | | | | u | | | | |
| CLARIANT CORP. 3597 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | | - | | Trade debt | | | | |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Best

In re    **Aluminum Finishing Corporation**                                      Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **u** <br><br> **COHEN & COMPANY** <br> **P.O. BOX 75035** <br> **CLEVELAND, OH 44101-2199** | - | | | | **u** <br> **Trade debt** | | | | |
| Account No. **u** <br><br> **COLONIAL LIFE & ACCIDENT INS. CO.** <br> **P.O. BOX 903** <br> **COLUMBIA, SC 29202-0903** | - | | | | **u** <br> **Trade debt** | | | | |
| Account No. **u** <br><br> **COMMODITY DISTRIBUTION SERVICES, INC.** <br> **JESSICA-FAX#513-469-1407** <br> **7737 REINHOLD DRIVE** <br> **CINCINNATI, OH 45237** | - | | | | **u** <br> **Trade debt** | | | | |
| Account No. **u** <br><br> **CONSOLIDATED FREIGHTWAYS** <br> **P.O. BOX 641939** <br> **PITTSBURGH, PA 15264-1939** | - | | | | **u** <br> **Trade debt** | | | | |
| Account No. **u** <br><br> **CORNERSTONE SYSTEMS, INC.** <br> **800 McHENRY AVE., SUITE B** <br> **CRYSTAL LAKE, IL 60014** | - | | | | **u** <br> **Trade debt** | | | | |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Aluminum Finishing Corporation**        Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. u | | u | Trade debt | | | | |
| COY BROTHERS, INC.<br>433 FAIRGROUND BLVD.<br>P.O. BOX 416<br>CANFIELD, OH 44406 | - | | | | | | |
| Account No. u | | u | Trade debt | | | | |
| DAWES TRANSPORT, INC.<br>BOX 68-9469<br>MILWAUKEE, WI 53268-9469 | - | | | | | | |
| Account No. u | | u | Trade debt | | | | |
| ELEGAN CUSTOMWEAR<br>212 EAST LINCOLNWAY<br>VALPARAISO, IN 46383 | - | | | | | | |
| Account No. u | | u | Trade debt | | | | |
| EMERITUS COMMUNICATIONS, INC.<br>JAYSON PRUITT-PHONE 2-EXT. 3825<br>P.O. BOX 78228<br>PHOENIX, AZ 85062-8228 | - | | | | | | |
| Account No. u | | u | Trade debt | | | | |
| ENVIRONMENTAL MOBILE RECOVERY, INC.<br>P.O. BOX 357<br>HIXSON, TN 37343 | - | | | | | | |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Aluminum Finishing Corporation**                          Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM |
|---|---|---|---|---|---|---|---|
| Account No. u<br><br>**EXFIL**<br>**4110 S. 9TH ST.**<br>**KALAMAZOO, MI 49009-8120** | - | | u<br>Trade debt | | | | |
| Account No. u<br><br>**FASTENAL CO.**<br>**P.O. BOX 978**<br>**WINONA, MN 55987-0978** | - | | u<br>Trade debt | | | | |
| Account No. u<br><br>**FIRE BRICK ENGINEERS COMPANY**<br>**2400 SOUTH 43RD STREET**<br>**P.O. BOX 341278**<br>**MILWAUKEE, WI 53234-1278** | - | | u<br>Trade debt | | | | |
| Account No. u<br><br>**FISHER INDUSTRIAL SERVICE, INC.**<br>**P.O. BOX 5410**<br>**402 WEBSTER CHAPEL ROAD**<br>**GLENCOE, AL 35905** | - | | u<br>Trade debt | | | | |
| Account No. u<br><br>**FRED'S FAST FREIGHT, INC.**<br>**855 SOUTH BENSON ROAD**<br>**FRANKFORT, KY 40601** | - | | u<br>Trade debt | | | | |

Sheet no. __7__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

In re   Aluminum Finishing Corporation

Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM |
|---|---|---|---|---|---|---|---|
| Account No. u  | | | u | | | | |
| GLOBAL EQUIPMENT COMPANY P.O. BOX 1560 PT WASHINGTON, NY 11050 | | - | Trade debt | | | | |
| Account No. u  | | | u | | | | |
| GOLD SEAL TERMITE & PEST CONTROL CO. 4212 COLLEGE AVE. INDIANAPOLIS, IN 46205 | | - | Trade debt | | | | |
| Account No. u  | | | u | | | | |
| GREENBURG, GRANT, & RICHARDS, INC. P.O. BOX 571811 HOUSTON, TX 77057 | | - | Trade debt | | | | |
| Account No. u  | | | u | | | | |
| HAVILAND JAN 800-627-2111 TO CHECK ON ORDER 421 ANN ST., N.W. GRAND RAPIDS, MI 49504-2075 | | - | Trade debt | | | | |
| Account No. u  | | | u | | | | |
| HOWARD-BOWMAN CO. PMB 387 6145 CRAWFORDSVILLE ROAD SPEEDWAY, IN 46224 | | - | Trade debt | | | | |

Sheet no.  __8__  of  _19_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Best C

In re    **Aluminum Finishing Corporation**                                    Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA...
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AM |
|---|---|---|---|---|---|---|---|
| Account No. u<br><br>HUBBARD-HALL, INC.<br>P.O. BOX 5693<br>HARTFORD, CT 06102-5693 | | - | u<br>Trade debt | | | | |
| Account No. u<br><br>ICE MILLER<br>ONE AMERICAN SQUARE<br>BOX 82001<br>INDIANAPOLIS, IN 46282-0002 | | - | u<br>professional services | | | | |
| Account No. u<br><br>IN STAFF PERSONNEL<br>ROBIN  A/R-800-305-9333<br>P.O. DRAWER 3018<br>CORSICANA, TX 75151-3018 | | - | u<br>Trade debt | | | | |
| Account No. u<br><br>INDIANAPOLIS DEPT. OF PUBLIC WORKS<br>ACCT #0307-45-55-0021-0<br>P.O. BOX 1990<br>INDIANAPOLIS, IN 46206 | | - | u<br>Trade debt | | | | |
| Account No. u<br><br>INDIANAPOLIS EMPLOYMENT GUIDE<br>P.O. BOX 68359<br>INDIANAPOLIS, IN 46268 | | - | u<br>Trade debt | | | | |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best C

In re   **Aluminum Finishing Corporation**
_____
                                    Debtor

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMO |
|---|---|---|---|---|---|---|---|
| **Account No. u** | | | | | | | |
| **INDIANAPOLIS POWER & LIGHT** MIKE KUEHN-PHONE 2-IF 895-2706 GOES BAD ELAINE LAMBERT-ROOM 943 **INDIANAPOLIS, IN 46206-1595** | - | | u Trade debt | | | X | |
| **Account No. u** | | | | | | | |
| **INDIANAPOLIS WATER CO.** ACCT. #0201-53-33-0600-1 P.O. BOX 1990 **INDIANAPOLIS, IN 46206** | - | | u Trade debt | | | | |
| **Account No. u** | | | | | | | |
| **INNOVATIVE WASTE MANAGEMENT, INC.** P.O. BOX 50397 **SUMMERVILLE, SC 29484-0397** | - | | u Trade debt | | | | |
| **Account No. u** | | | | | | | |
| **INWELD CORP.** P.O. BOX 421106 **INDIANAPOLIS, IN 46242-1106** | - | | u Trade debt | | | | |
| **Account No. u** | | | | | | | |
| **JUSTECH INC** P O BOX 8172 8963 CINCINNATI COLUMBUS RD **WEST CHESTER, OH 45069** | | | u Trade debt | | | | |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re　　**Aluminum Finishing Corporation**

Case No.

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAI

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM |
|---|---|---|---|---|---|---|---|
| Account No. **u** <br><br> **KOORSEN PROTECTION SERVICES** <br> **2719 N. ARLINGTON AVE.** <br> **INDIANAPOLIS, IN 46218-3300** | - | | **u** <br> **Trade debt** | | | | |
| Account No. **u** <br><br> **LANIER WORLDWIDE, INC.** <br> **FOR SERVICE OR SUPPLIES--PHONE** <br> **2** <br> **P.O. BOX 105533** <br> **ATLANTA, GA 30348** | - | | **u** <br> **Trade debt** | | | | |
| Account No. **u** <br><br> **LEHIGH SAFETY SHOE CO.** <br> **P.O. BOX 371958** <br> **PITTSBURGH, PA 15250-7958** | - | | **u** <br> **Trade debt** | | | | |
| Account No. **u** <br><br> **LIQUID RECOVERY, INC.** <br> **7404 GRADE LANE** <br> **LOUISVILLE, KY 40219** | - | | **u** <br> **Trade debt** | | | | |
| Account No. **u** <br><br> **LOVE HEATING & AIR CONDITIONING** <br> **4115 E. 10TH ST.** <br> **INDIANAPOLIS, IN 46201** | - | | **u** <br> **Trade debt** | | | | |

Sheet no.　__11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Best

In re

Aluminum Finishing Corporation

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Debtor ,

Case No. _____

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF C |
|---|---|---|---|---|---|---|---|
| Account No. **u** <br><br>LUDY GREENHOUSE MFG. CORP. <br>P.O. BOX 141 <br>NEW MADISON, OH 45346 | | **u** | Trade debt | | | | |
| Account No. **u** <br><br>M.A.B. PAINTS, INC. <br>7324 PENDLETON PIKE <br>INDIANAPOLIS, IN 46226 | - | **u** | Trade debt | | | | 889.00 |
| Account No. **u** <br><br>MANPOWER <br>BOX 68-6003 <br>MILWAUKEE, WI 53267-6003 | - | **u** | Trade debt | | | | 80.00 |
| Account No. **u** <br><br>METHODIST OCCUPATIONAL <br>HEALTH CENTERS <br>P.O. BOX 66491 <br>INDIANAPOLIS, IN 46266 | - | **u** | Trade debt | | | | 6,905.00 |
| Account No. **u** <br><br>ZAK, INC. <br>GUION RD. <br>NAPOLIS, IN 46268-3028 | - | **u** | Trade debt | | | | 1,630.00 |

_12_ of _19_ sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

| | | | Subtotal <br>(Total of this page) | | | | 86.00 |
|---|---|---|---|---|---|---|---|
| | | | | | | | 9,590.00 |

In re  **Aluminum Finishing Corporation**                                    Case No. _____

                                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AM |
|---|---|---|---|---|---|---|---|
| Account No. u <br><br> **NATIONSRENT, INC.** <br> **P.O. BOX 631167** <br> **CINCINNATI, OH 45263-1167** | - | | u <br> **Trade debt** | | | | |
| Account No. u <br><br> **OVERHEAD DOOR CO OF** <br> **INDIANAPOLIS INC** <br> **8811 BASH RD** <br> **INDIANAPOLIS, IN 46250** | - | | u <br> **Trade debt** | | | | |
| Account No. u <br><br> **PACIFIC ENVIRONMENTAL** <br> **SERVICES, INC.** <br> **KIM** <br> **P.O. BOX 2155** <br> **ENGLEWOOD, CO 80150** | - | | u <br> **Trade debt** | | | | |
| Account No. u <br><br> **PPG INDUSTRIES** <br> **TRUDY QUINN-PHONE 2** <br> **P.O. BOX 360175** <br> **PITTSBURGH, PA 15251** | - | | u <br> **Trade debt** | | | | |
| Account No. u <br><br> **PRINTING PARTNERS EAST, INC.** <br> **MICHELLE** <br> **1817 N. SHADELAND AVE.** <br> **INDIANAPOLIS, IN 46219** | - | | u <br> **Trade debt** | | | | |

Sheet no. __13__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Aluminum Finishing Corporation**

Debtor

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA[...]
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM |
|---|---|---|---|---|---|---|---|
| Account No. u<br><br>**PRO DRIVERS**<br>**P.O. BOX 847685**<br>**DALLAS, TX 75284-7685** | - | | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**PROFILE EXTRUSION COMPANY**<br>**LOCATION #0408**<br>**CINCINNATI, OH 45264-0408** | - | | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**QUESTAR, INC.**<br>**6615 PROMWAY AVE., N.W.**<br>**NORTH CANTON, OH 44720-7315** | - | | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**RAPID DELIVERY OF INDIANA, INC.**<br>**P.O. BOX 19165**<br>**INDIANAPOLIS, IN 46219-0165** | - | | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**RAPIDFORMS**<br>**Phone 2 Ext. 4335 Cust.#58190**<br>**301 GROVE RD.**<br>**THOROFARE, NJ 08086-9860** | - | | u<br>**Trade debt** | | | | |

Sheet no.  **14**  of  **19**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

In re    **Aluminum Finishing Corporation**                                           Case No. _____

                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. u<br><br>**RELIABLE RECOVERY, INC.**<br>**193 COLLINS RD.**<br>**JASPER, GA 30143** | - | | | | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**REPUBLIC WASTE SERVICES**<br>**P.O. BOX 36098**<br>**INDIANAPOLIS, IN 46236** | - | | | | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**RUBIN & LEVIN**<br>**500 MAROTT CENTER**<br>**342 MASSACHUSETTS AVE.**<br>**INDIANAPOLIS, IN 46204-2161** | - | | | | u<br>**professional services** | | | | |
| Account No. u<br><br>**RYDER TRANSPORTATION SERVICES**<br>**ERIC-EXT. 17**<br>**P.O. BOX 96723**<br>**CHICAGO, IL 60693** | - | | | | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**SAFETY CORPORATION**<br>**SHELLY**<br>**1726 W. 15TH STREET**<br>**INDIANAPOLIS, IN 46202-2025** | - | | | | u<br>**Trade debt** | | | | |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Aluminum Finishing Corporation**          Case No. _____

                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM |
|---|---|---|---|---|---|---|---|
| Account No. u<br><br>**SONITROL OF INDIANAPOLIS**<br>**219 E. ST. JOSEPH ST.**<br>**INDIANAPOLIS, IN 46202-3345** | - | u | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**SPECIALTY SYSTEMS HAZARDOUS**<br>**WASTE, INC.**<br>**310 SOUTH STATE AVENUE**<br>**INDIANAPOLIS, IN 46201** | - | u | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**TAPE PRODUCTS**<br>**11630 DEERFIELD ROAD**<br>**P.O. BOX 42413**<br>**CINCINNATI, OH 45242** | - | u | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**TIME SYSTEMS COMPANY**<br>**4015 MILLERSVILLE ROAD**<br>**INDIANAPOLIS, IN 46205-2851** | - | u | u<br>**Trade debt** | | | | |
| Account No. u<br><br>**TRIANGLE SALES COMPANY**<br>**13097 PARKSIDE DR.**<br>**FISHERS, IN 46038-8878** | - | u | u<br>**Trade debt** | | | | |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Aluminum Finishing Corporation**                                      Case No. _____
                                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **u** | | | | | **u** Trade debt | | | | |
| **TURNER & ASSOCIATES, INC.** 614-847-4325   PHONE 2 IS CELL PHONE 20426 ABIGAIL LANE STRONGSVILLE, OH 44149 | - | | | | | | | | |
| Account No. **u** | | | | | **u** Trade debt | | | | |
| **TUTTLE ALUMINUM INTERNATIONAL, INC.** 120 SHADOW LAWN DR. FISHERS, IN 46038 | - | | | | | | | | |
| Account No. **y** | | | | | **y** Trade debt | | | | |
| **UNIPUNCH PRODUCTS, INC.** P.O. BOX 428 BUFFALO, NY 14240-0428 | - | | | | | | | | |
| Account No. **u** | | | | | **u** Trade debt | | | | |
| **UNITED CONSTRUCTION ENT. CO.** 1445 BROOKVILLE WAY SUITE G INDIANAPOLIS, IN 46219 | - | | | | | | | | |
| Account No. **u** | | | | | **u** Trade debt | | | | |
| **UNUM LIFE INSURANCE CO. OF AMERICA** P.O. BOX 406990 ATLANTA, GA 30384-6990 | - | | | | | | | | |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Aluminum Finishing Corporation**                                    Case No. _____

                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLA

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. u | | | | | u | | | | |
| USF DISTRIBUTION DEPT. 771310 P.O. BOX 77000 DETROIT, MI 48277-1310 | | | - | | Trade debt | | | | |
| Account No. u | | | | | u | | | | |
| W.W. GRAINGER, INC. DAMON KELLER DEPT 368 - 804571065 PALATINE, IL 60038-0001 | | | - | | Trade debt | | | | |
| Account No. u | | | | | u | | | | |
| WARREN STEINBORN ASSOCIATES 310 E. 96TH ST. SUITE 200 INDIANAPOLIS, IN 46240-3732 | | | - | | Credit card purchases | | | | |
| Account No. u | | | | | u | | | | |
| WASTE MGMT OF SOUTH CENTRAL INDIANA P.O. BOX 9001172 LOUISVILLE, KY 40290-1172 | | | - | | services on account | | | | |
| Account No. u | | | | | u | | | | |
| WELDING & THERAPY SERVICE, INC. 2701 FORTUNE CIR E STE H INDIANAPOLIS, IN 46241-5519 | | | - | | Trade debt | | | | |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Best

In re    **Aluminum Finishing Corporation**                                                    Case No. _____
_____
Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on a debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse dur immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James W. Kelley**<br>**726 E. Highway 121**<br>**Lewisville, TX 75067**<br>**liability may have been discharged in personal**<br>**Bankruptcy for this guarantor** | **Fleet Bank** |

___**0**___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

## United States Bankruptcy Court
### Southern District of Indiana

In re     Aluminum Finishing Corporation

Debtor

Case No. _____

Chapter_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PAR

I, the acting President of the corporation named as the debtor in this case, declare under penalty of perjur have read the foregoing summary and schedules, consisting of __35__ sheets *[total shown on summary page p* and that they are true and correct to the best of my knowledge, information, and belief.

Date___August 8, 2002_____

Signature _____

Ronald Cunninghman
acting President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years 18 U.S.C §§  152 and 3571.

Form 7
(9/00)

# United States Bankruptcy Court
## Southern District of Indiana

In re   __Aluminum Finishing Corporation__

                                                                    Case No.
                                        Debtor(s)                   Chapter      __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the in both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spou not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerni activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must c Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individu business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankrup of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporat other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their rel corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of t equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of t U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the d business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts receive **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the b fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fisca joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must s of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $3,358,732.00 | **year to date net sales** |
| $6,380,839.00 | **2000 tax return gross sales** |
| $6,024,291.00 | **2001 tax return gross sales** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor' during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

### 3. Payments to creditors

None ☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 o must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated petition is not filed.)

| NAME AND ADDRESS OF CREDITOR **see attached list** | DATES OF PAYMENTS | AMOUNT PAID | AMO O |
|---|---|---|---|
| | | **$0.00** | |

None ☐

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spou not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR **RONALD CUNNINGHAM 16 E. DR.-CONGRESS LAKE HARTVILLE, OH 44632 acting President** | DATE OF PAYMENT **year preceding filing salary paid** | AMOUNT PAID **$53,245.00** | AMOU O |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately precedin this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** im preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petitio filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of forec returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commen this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whet joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMEN |
|---|---|---|

None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediat preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information co

■   property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint peti
     filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case exc
and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contri
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or cont
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not fil

| NAME AND ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP TO<br>DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AN<br>VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of th
**since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by eith
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consul
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year**
preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF M<br>OR DESCRIPTION A<br>OF PROPER |
|---|---|---|
| **KC Cohen<br>136 N. Delaware St.<br>Indianapolis, IN 46204** | **7.16.02** | **$2,500** |
| **KC Cohen<br>136 N. Delaware St.<br>Indianapolis, IN 46204** | **8.2.02** | **$2,500** |
| **KC Cohen<br>136 N. Delaware St.<br>Indianapolis, IN 46204** | **8.8.02** | **$10,000** |

### 10. Other transfers

None
■
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor
either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors fili
chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the sp
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

Best (

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, so
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or ot
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chap
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OR CLOSIN |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **on**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include l
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint peti
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRA SURRENDE |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning eit
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOI |
| --- | --- | --- |

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PRO |
| --- | --- | --- |
| **Benchmark Architectural**<br>**720 Marion Rd**<br>**Columbus, OH 43207** | **inventory held for processing** | |

### 15. Prior address of debtor

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises whi
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUI |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, C
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediate
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided wi
the community property state.

NAME

Software Copyright (c) 1996-2000 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, bu statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently o owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardou pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONM LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Haz Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONM LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respe the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceedin docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPO |
|---|---|---|

**18 . Nature, location and name of business**

None
□ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and be ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voti securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voti securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING ANI DATES |
|---|---|---|---|---|
| **ALUMINUM FINISHING CORP.** | **35-0142410** | **9850 E. 30TH STREET INDIANAPOLIS, IN 46229** | **metal finish applications** | **1948 to present** |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing e owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as define within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six year directly to the signature page.)*

### 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case
☐     supervised the keeping of books of account and records of the debtor.

|  | DATES SERVICES RENDERED |
| --- | --- |
| NAME AND ADDRESS | **CFO and controller 6.24.96 t** |
| **Richard E. Macready** | |
| | **comptroller 11/16/01 to pres** |
| **Robin Morgan** | |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have au
☐     of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERE |
| --- | --- | --- |
| **Heller** | | **quarterly audits for collater** |
| **Financial/Summit/Gibralter/Fleet** | | **loans performed by Heller, ( Canada/Summit/Fleet** |
| **COHEN & COMPANY** | **P.O. BOX 75035 CLEVELAND, OH 44101-2199** | **audit FYE 10/31/99** |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of acco
■     of the debtor. If any of the books of account and records are not available, explain.

NAME                                ADDRESS

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
☐     issued within the **two years** immediately preceding the commencement of this case by the debtor.

|  | DATE ISSUED |
| --- | --- |
| NAME AND ADDRESS | |
| **see a) above** | |

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of
☐     and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INV (Specify cost, market or other |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | |
| **6/30/02** | **department supervisors** | **$153,710** |
| **7/31/02** | **department supervisors** | **$153,395** |

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a
☐

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENT RECORDS |
| --- | --- |
| DATE OF INVENTORY | **company** |
| **6/30/02** | |

DATE OF INVENTORY
**7/31/02**

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS
**company**

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTE

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirect
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS        TITLE        NATURE AND PERCENTAGE
OF STOCK OWNERSHIP
**see attached list of shareholders**

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding
commencement of this case.

NAME        ADDRESS        DATE OF WITHDRAWA

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one y**
immediately preceding the commencement of this case.

NAME AND ADDRESS        TITLE        DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including co
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately pr
commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR
**see 3 b) above**        DATE AND PURPOSE
OF WITHDRAWAL        AMOUNT OF MONEY
OR DESCRIPTION A
VALUE OF PROPERT

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any con
group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately precedi
commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION

### 25. Pension Funds.

None
☐    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which th
employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the comme
case.

NAME OF PENSION FUND
**Nationwide Insurance**        TAXPAYER IDENTIFICATIO
**31-4156839 and 35-4156840**

Software Copyright (c) 1996-2000 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERS

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachm
and that they are true and correct to the best of my knowledge, information and belief.

Date **August 8, 2002**                    Signature _____

                                        **Ronald Cunninghman**
                                        **acting President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2000 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**United States Bankruptcy Court**
**Southern District of Indiana**

In re    **Aluminum Finishing Corporation**

Debtor(s)

Case No.
Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for servic be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . | $ | 4,710.00 |
| Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . | $ | 4,710.00 |
| Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of m copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in ban
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation reaffirmation agreements and applications as needed; preparation and filing of motions pursuan 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from sta any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of th this bankruptcy proceeding.

Dated:   **August 8, 2002**

**KC Cohen**
**KC Cohen, Lawyer**
**136 N. Delaware St.**
**Indianapolis, IN 46204**
**317.916.0218  Fax: 317.916.0406**

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best

**United States Bankruptcy Court**
Southern District of Indiana

Case No. _____

Chapter _____

In re    **Aluminum Finishing Corporation**                    Debtor

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in th

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ~~None~~ SEE ATTACHED LIST | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION O

I, the acting President of the corporation named as the debtor in this case, declare under penalty of have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my

Signature _____
**Ronald Cunninghman**
acting President

Date ___**August 8, 2002**___

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment f
18 U.S.C §§ 152 and 3571.